# Third District Court of Appeal

## State of Florida

Opinion filed August 11, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0654
Lower Tribunal No. 19-15191
_____

## D.S.C., The Mother,
Appellant,

vs.

## Department of Children and Families, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michelle Alvarez Barakat, Judge.

Eugene F. Zenobi, Criminal Conflict and Civil Regional Counsel, Third Region, and Kevin Coyle Colbert, Assistant Regional Counsel, for appellant.

Karla Perkins, for appellee Department of Children and Families; Thomasina F. Moore, Statewide Director of Appeals, and Rebecca L. Bartlett, Senior Attorney, Appellate Division (Tallahassee), for appellee Guardian ad Litem.

Before FERNANDEZ, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.